```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                           COUNSEL/PARTIES OF RECORD

                           OCT  3 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-426-ECR (LRL) |
| EMERSON ZAPOTOSKY, ) | |
| Defendant. ) | |

### AMENDED FINAL ORDER OF FORFEITURE

On January 12, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant EMERSON ZAPOTOSKY to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant pled guilty. #1, #19, #20, #22.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on February 2, 2011, February 9, 2011, and February 16, 2011, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #23.

On July 18, 2011, BRIAN PATRICK SCHWALM was personally served with the Preliminary Order of Forfeiture and the Notice. #28. Contact attempt telephone calls were made to Mr. Schwalm on August 16, 2011, and on September 2, 2011, by the Forfeiture Unit of the United States Attorneys Office with no return.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

    a.    a Taurus 45LC/410GA handgun, serial number CT848647; and

    b.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __3__ day of __Oct.__, 2011.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, Dana A. Chrystall, Forfeiture Support Associate Paralegal III, certify that the following individual was served with a copy of the Amended Final Order of Forfeiture on September 30, 2011, by the below identified method of service:

CM/ECF

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG

Nisha Brooks
Federal Public Defenders Office
411 E. Bonneville Ave
Las Vegas, NV 89101
Email: nisha_brooks@fd.org
*Attorneys for Defendant, EMERSON ZAPOTOSKY*

/s/Dana A. Chrystall
Dana A. Chrystall
Forfeiture Support Associate Paralegal III